

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00158-CV

LARRY PALMER,

                                        **Appellant**

 v.

STELCO INDUSTRIES,

                                        **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 101356

## MEMORANDUM OPINION

Appellant Larry Palmer's Unopposed Motion to Dismiss Appeal was filed on August 29, 2023. Appellant asserts that he "no longer desires to prosecute this action" and moves to dismiss the appeal. Appellee Stelco Industries is not opposed to the motion.

Accordingly, appellant's motion to dismiss is granted. TEX. R. APP. P. 42.1(a)(1). Because appellee does not oppose appellant's motion, which requests that "all costs to be borne by the party incurring same," we order that costs of this proceeding are taxed

against the party incurring same. *See id.* at R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
Appeal dismissed
Opinion delivered and filed September 21, 2023
[CV06]

